FILED
CLERK, U.S. DISTRICT COURT

MAR 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WAYNE GRIMES,<br><br>  Petitioner,<br><br>  v.<br><br>THE STATE OF CALIFORNIA,<br><br>  Respondent. | CASE NO. CV 14-1323-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Denying Motion and Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 7, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\GRIMES, R 1323\Judgment.wpd